IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00099-PAB-KLM

BIG O TIRES, LLC, a Nevada limited liability company,
f/k/a BIG O TIRES, INC., a Colorado corporation,

    Plaintiff,

v.

GASKIN ENTERPRISES, INC., an Oregon corporation, and
DAVID R. GASKIN, an individual,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Unopposed Amended Motion to Amend Scheduling Order** [Docket No. 83; Filed October 5, 2009] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED in part and DENIED in part**. To the extent that Plaintiff seeks an extension of certain case deadlines, the Motion is **granted**. The Scheduling Order entered on April 16, 2009 [Docket No. 44] is amended to extend the following deadlines:

- Discovery Deadline                                  **December 17, 2009**
- Dispositive Motions Deadline                  **January 19, 2010**

To the extent that Plaintiff seeks to have a deadline set for filing motions to compel, the Motion is **denied**. Given the Court's new procedure for resolving discovery disputes, as conveyed to the parties in my prior Order [Docket No. 82], no motion to compel deadline is necessary.

IT IS FURTHER **ORDERED** that the Court *sua sponte* **vacates** the Final Pretrial Conference set for January 27, 2010 at 9:30 a.m. and **RESETS** it to **March 29, 2010 at 10:30 a.m.** in Courtroom **C-204,** Second Floor, of the Byron Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado, 80294.

The parties shall submit their proposed pretrial order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures, **no later than March 22, 2010**. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures must be

submitted in a useable format (i.e., WordPerfect) and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office.  However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded in richtext format from the forms section of the court's website at [www.co.uscourts.gov](www.co.uscourts.gov). Instructions for downloading in richtext format are posted in the forms section of the website.**

Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification.  *See* D.C.COLO.LCivR 83.2B.

Dated:  October 6, 2009