IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No.  09-cv-00099-PAB-KLM

BIG O TIRES, LLC, a Nevada limited liability company,
f/k/a BIG O TIRES, INC., a Colorado corporation,

      Plaintiff,

v.

GASKIN ENTERPRISES, INC., an Oregon corporation, and
DAVID R. GASKIN, an individual,

      Defendants.
_____

### ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER comes before the Court upon the Stipulation and Joint Motion for Approval of Stipulation Resolving Case [Docket No. 91].  The Court has reviewed the pleading and is fully advised in the premises.  It is

**ORDERED** that the Stipulation and Joint Motion for Approval of Stipulation Resolving Case [Docket No. 91] is GRANTED.  It is further

**ORDERED** that the permanent injunction entered May 28, 2009 [Docket No. 67] shall remain in place.  It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all remaining claims asserted in this matter are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED January 21, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge